```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        -against-

PEDRO SOSA,

        Defendant.

**18 CR 229 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The initial conference to address the Defendant's violation of supervised release that is currently scheduled for January 6, 2022, is hereby rescheduled to January 7, 2022, at 12:00 p.m. In light of the ongoing public health emergency, this conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
             December 28, 2021

                                                   Victor Marrero
                                                     U.S.D.J.