```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

PEDRO SOSA,

        Defendant.

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The hearing to address the defendant's violations of supervised release is rescheduled from June 24, 2022, to June 3, 2022, at 3:00 p.m.

**SO ORDERED.**

Dated: April 12, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.