**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/22

UNITED STATES OF AMERICA,

    -against-

PEDRO SOSA,

        Defendant.

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The hearing to address the defendant's violations of supervised release is rescheduled to July 1, 2022, at 2:30 p.m.

**SO ORDERED.**

Dated: June 1, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.