**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      -against-

PEDRO SOSA,

          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/22
```

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The hearing to address the defendant's violations of supervised release is rescheduled to July 1, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated: June 29, 2022
      New York, New York

                                              Victor Marrero
                                                U.S.D.J.