USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

PEDRO SOSA,

                      Defendant.

**18 CR 0229 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a status conference regarding defendant Pedro Sosa's alleged violations of supervised release for Friday, April 28, 2023, at 10:30 AM.

**SO ORDERED.**

Dated:    17 April 2023
              New York, New York

                                                    Victor Marrero
                                                      U.S.D.J.