**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2023
```

---

UNITED STATES OF AMERICA,

                                            Plaintiff,

                    - against -

PEDRO SOSA,

                                            Defendant.

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The hearing scheduled for April 28, 2023 at 10:30 p.m. is hereby rescheduled to April 28, 2023 at 2:00 p.m.

**SO ORDERED.**

Dated:      21 April 2023
            New York, New York

_____
            Victor Marrero
            U.S.D.J.