**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2023

---

UNITED STATES OF AMERICA,

                         Plaintiff,

          - against -

PEDRO SOSA,

                         Defendant.

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The hearing scheduled for April 28, 2023 at 2:00 p.m. is hereby rescheduled to May 4, 2023 at 10:00 a.m.

**SO ORDERED.**

Dated:    27 April 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.