USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

PEDRO SOSA,

                Defendant.

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The hearing scheduled for July 7, 2023 at is hereby rescheduled to July 14, 2023 at 10:00 a.m.

**SO ORDERED.**

Dated:    5 July 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.

1