USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               Plaintiff,

- against -

PEDRO SOSA,

               Defendant.

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Per request of the parties, the hearing scheduled for July 14, 2023, is hereby adjourned to August 11, 2023, at 10:00 a.m. The Clerk of the Court is respectfully directed to terminate any pending motions.

**SO ORDERED.**

Dated:    10 July 2023
           New York, New York

                                  _____
                                  Victor Marrero
                                    U.S.D.J.