```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

PEDRO SOSA,

                Defendant.

**18 Cr. 229 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Per the request of the parties (Dkt. No. 98) the conference to address the defendant's violations of supervised release, scheduled for August 11, 2023, is hereby adjourned *sine die*. The parties are directed to update the Court upon resolution of the defendant's Pennsylvania state case. The Clerk of the Court is respectfully directed to terminate any pending motions.

**SO ORDERED.**

Dated:    10 August 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.

1