

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/23
```

Re:   *United States v. Pedro Sosa*, No. 18 Cr. 229 (VM)

Dear Judge Marrero:

As the Court will recall, earlier this year the Court granted the parties' joint request to stay this pending VOSR proceeding while the defendant resolved the underlying Pennsylvania state court case and served any resulting sentence. (*See* Dkts. 98, 99). As anticipated, the defendant pleaded guilty to a misdemeanor drug offense in that case and has now completed his 60-day sentence. The defendant will be transported back to this District by the United States Marshals Service within the next approximately three weeks.

The parties anticipate that, upon his return to this District, the defendant will be prepared to promptly admit Specifications Two, Five, Six, and Seven, with the Government to dismiss the remaining Specifications, and the parties have agreed to jointly recommend a sentence of time served (which, by January 2024, will constitute approximately eight months' imprisonment, consecutive, which falls within the 6 to 12-month Guidelines range for these violations).

Accordingly, the parties respectfully request that the Court schedule an appearance at a date and time convenient for the Court as soon as the Court is reasonably available, given that the parties are recommending a time-served sentence. The parties request that the appearance be used for a joint plea and sentencing as outlined above. The parties are available on January 9, 10, 11, 12, 15, 16, 17, or 19.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

Request **GRANTED**.
A proceeding in this matter is hereby scheduled for January 11, 2024 at 10 AM.

**SO ORDERED.**
12/20/23
DATE
/s/ VICTOR MARRERO, U.S.D.J.

cc:   John Diaz, Esq.